```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                   ATHENS DIVISION
```

RUFARO CHRISTOPHER SMITH,      *

    Plaintiff,               *

vs.                            *     CASE NO. 3:13-CV-12 (CDL)

CITY OF HARTWELL, *et al.*,    *

    Defendants.              *

## O R D E R

Defendants served Plaintiff with discovery requests on May 21, 2013. To date, Plaintiff has not responded, even after Defendants' counsel in good faith attempted to confer with Plaintiff's counsel. Therefore, Defendants filed a motion to compel Plaintiff to respond to the discovery requests (ECF No. 11). The Court grants the motion to compel. Plaintiff shall respond to Defendants' First Interrogatories and First Request for Production of Documents by December 23, 2013. If Plaintiff does not comply with this Order, the Court will dismiss his Complaint and award Defendants reasonable attorney's fees and expenses incurred in filing the motion to compel.

IT IS SO ORDERED, this 2nd day of December, 2013.

                                            S/Clay D. Land
                                            CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE